# United States District Court
# Western District of North Carolina
# Division

| Joe Hoyt Wilson, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Petitioner, | ) | 1:17-cv-00010 |
| vs. | ) | |
| Frank L. Perry, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2017 Order.

January 27, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court